UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RYAN HERMIZ

        Plaintiff(s),                      Case No. 2:08-cv-11888

v.                                            Judge John Feikens

MANNBRACKEN LLC, et al              Magistrate Judge Donald A. Scheer

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Shermeta Adams & VonAllmen, P.C.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: July 21, 2008                      /s/ Michelle T. Aiello

                                                      P55407
                                                      Schwartz Jalkanen & Hannum, P.C.
                                                      24445 Northwestern Highway
                                                     Suite 200
                                                     Southfield, MI 48075
                                                     248-352-2555
                                                     maiello@sjpclaw.com